CUAUHTEMOC ORTEGA (Bar No. 257433)
Federal Public Defender
REID ROWE (Bar No. 321498)
(E-Mail: Reid_Rowe@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2856
Facsimile: (213) 894-0081

Attorney for Defendant
CODY CAMRIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CODY CAMRIN <br> Defendant. | Case No. CR 23-39-SVW <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO CONTINUE TRIAL** <br><br> **Current Trial Date:** <br> **May 16, 2023** <br><br> **Proposed Trial Date:** <br> **August 29, 2023** |

    Deputy Federal Public Defender Reid Rowe, hereby applies *ex parte* to continue the trial in this case from May 16, 2023 to August 29, 2023. This request is made with the consent of Mr. Camrin. The government does not oppose this application. This application is based on the attached declaration of counsel, all files and records in this case, and any further information as may be submitted to the Court.

1
2                                    Respectfully submitted,
3                                    CUAUHTEMOC ORTEGA
                                     Federal Public Defender
4
5   DATED: May 8, 2023            By  /s/ Reid Rowe
                                     REID ROWE
6                                    Deputy Federal Public Defender
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF REID ROWE**

I, Reid Rowe, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I represent Cody Camrin in case number 23-CR-39-SVW.

2. The parties have been in contact regarding potential resolution of this case.

3. Until recently, the parties understood that this case would resolve with a guilty plea. I had informed government counsel that the case would resolve with a guilty plea, and government counsel relied on that good faith representation.

4. The parties now intend to proceed to trial.

5. Mr. Camrin requests a continuance of the trial date. For purposes of the Speedy Trial Act, Mr. Camrin waives his right to a speedy trial, and agrees that the time period between May 16, 2023, and August 29, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv), as the request to continue is made by the defense.

6. The government does not oppose this request.

Executed on May 8, 2023, at Los Angeles, California.

/s/ Reid Rowe             .
REID ROWE
Deputy Federal Public Defender

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | CUAUHTEMOC ORTEGA<br>Federal Public Defender |
| DATED: May 8, 2023 | By /s/ *Reid Rowe*<br>REID ROWE |